**EMPIRE OIL & REFINING COMPANY, Appellant, v. Mabel Finch HOYT et al. Appellees.**

No. 9756.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1944.

Gilbert W. Hand, of Bay City, Mich., for appellant.

Robert J. Curry, of Saginaw, Mich., and Cook, Smith, Jacobs & Beake, of Detroit, Mich., for appellees.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and record in the above cause, and the oral arguments of counsel, and it appearing that the court, 52 F.Supp. 744, made an equitable distribution of the fund in the registry of the court, and it also appearing that the issue between the appellant and the intervenors was fully and adequately presented and correctly decided according to the law and the facts, and it further appearing that the appellant has no legal or equitable claim to the fund in the registry, and no question being raised as to the amount thereof allocated to the payment of fees, expenses, and compensation of counsel, it is hereby ordered that the judgment below be and it is in all respects affirmed.

■

**Grover C. ELDRIDGE, Appellant, v. E. N. KEITH, Creditor, Appellee.**

No. 9720.

Circuit Court of Appeals, Sixth Circuit.

Oct. 5, 1944.

Writ of Certiorari Denied Feb. 26, 1945.

See 65 S.Ct. 684.

H. B. Mack, of Chattanooga, Tenn., for appellant.

Goins & Gammon, of Chattanooga, Tenn., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and it appearing that there is no reversible error upon the record, it is ordered, adjudged and decreed that the orders appealed from entered by the District Court on August 14, 1942, and on October 9, 1943, respectively, be and the same are in all things affirmed.